WILLIAM T LYTRAN
MD, MBA, JD
Plaintiff Pro Se
PO Box 972
Topeka, Kansas 66601

FILED
OCT 1 8 2005
RALPH DeLOACH, Clerk
By D. Wayland, Deputy

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

WILLIAM T LYTRAN            )
                            )
            Plaintiff       )
                            )
       v.                   )   Case No. 05-4124-JAR
                            )
DEPARTMENT OF THE TREASURY  )
(FINANCIAL MANAGEMENT SERVICE) )
UNITED STATES of AMERICA and )
                            )
VETERAN ADMINISTRATION      )
(Department of Veterans Adminis- )
tration)-Veterans Affairs   )
                            )
            Defendant(s).   )
_____)
Pursuant to U.S. Constitution

COMPLAINT

COMES NOW on this 14th day of October, 2005, Plaintiff William T Lytran, MD, MBA, JD, Plaintiff Pro Se, hereby file this Complaint against the above captioned named Defendants, specifically Veteran Administration for having stopped Plaintiff's monthly pay check in the amount of $ 2,339 per month, that was erroneously paid in the amount of $ 2,239 per month, or the last pay check in the amount of $ 2,299.00 in January 2005 and should have been correctly paid in the amount of $ 2,678.00 per month, until Plaintiff has, at least, reached the age of 66, by a garbage state judge Order, the garbage judge Frank J. Yeoman, Jr.. Plaintiff did not cash the pay check of October 2004 to protest garbage lawyers in the William Jefferson Clinton's administration having caused inflation in the United States. In support of this Complaint, Plaintiff would submit to the Court the following facts and law:

   1. The amnount of $ 35,000.00 that the garbage judge Frank J. Yeoman, Jr., entered, to be paid to Thomas L. Shadoin was made by Frauds committed by a garbage lawyer by the name Maurice D. Copp, a purported registered Kansas attorney, a person unrelated to Plaintiff, and not within Plaintiff's own families. She filed a garbage Motion stated that Plaintiff did not have to appear at the hearing, then fraudulently filed Motion for the payment be made to Thomas L. Shadoin. Plaintiff had filed a Sworn Statement with the Kansas Supreme Court in that regard.

The amount of $35,000.00 was a retroactive pay for basic allowance for quarters in the amount of $495.00 per month with Dependent. Plaintiff's supposed to receive these payments to pay for a land lord by the name J A Lytran since 1984. When Plaintiff cashed said pay check, the banker, a substantially Chinese person by the name Keri, totally unrelated to Plaintiff, said that Plaintiff did not have to endorse the reason to cash the check. The United States Constitution never allowed adoption of any Child because Genetically those step Children of french men who are Chinese potato farmers are not going to be home. Potato farmers are white Caucasian that ate Hershey's chocolate on Holloween, not as defined in the McDolland's Medical Dictionary, but in the Black's Law dictionary -- The French's version of Jean Jack Rousseau describing Monkey and Chimpanzee are not the same. La Rousse French dictionary does not need to print the photograph of a Monkey looks like Steven Ramirez in Washburn Law School catalog. That distinguishes the fact that Dr Chinh Van Ly, MD, University de Marseille, with former Officien Residence at Numero one, Gia Long, Chau Doc, Republic of Viet Nam, since 1960 to 1969, is not the same as Dr Dang Cong Tran, MD, Universite de Toulouse, with Residence at 4 Truong Dinh, Go Cong - Tien Giang, Viet Nam, until 1973.

    2. The garbage Wharton Business School of the Univ. of Pennsylvania awarded a garbage phd in Economics to Martin Zweig and committed frauds by the Pennsylvania Higher Education Assistance Agency by raising interest rates on home loans that Military Personnel (not Active Duty) could not afford to rent appartment off base. Federal government pays nominal interest on U.S. Treasury securities such as Treasury Bill, Treasury Note, and Treasury Bond, at a uniformed rate for old age retirement of US citizens that may need to spend a little extra moneys to hire kids going shopping or doing miscellaneous household works. Those interests are not taking out of interest charges on student loans. Because students simply are unable to pay interest charges for studying garbages such as Economics, Fine Arts, French Literature, etc.. In facts, undergraduate regulations specifically allowed no more than 3 credit hours for these garbage classes to be counted toward graduation. Whereas courses in swimming and cheer leaders were acceptable toward high school G.E.D. to find out if french men are Chinese potato farmers. For the simple reason that real property value such as freezer, carpet, refrigerator, keeps declining, yet garbage Wharton Business School Economists keep trying to raise interests on home loans, Plaintiff reserve the rights to file third party liability against the University of Penn. and personal assets of Martin Zweig - which 's uncollectable, but can't be discharged under US Bankruptcy law by the American Bar Association Standard that would hire Barbara Jan Peterson only as Secretary. Military regulations established by the United States Congress specifically prohibit the commissioning of Economists in the United States Miliraty. Another garbage phd program was at Catholic Univ. that awarded a bogus phd to Danh Cong Tran, a substantially Chinese person and only a

chemical technician, by the look on his eye brown, that is not MD to PhD such as in the regulations of the Universite of Miami that granted an MD to Dr Wilkinson, former Chairperson at the Department of Pathology at George Washington University Medical Center. That also distinguishes the fact that the last Son of Dr Chinh Van Ly, MD, Plaintiff Pro Se in this Case, entered Saigon Medical School after having passed the Medical College Admission Test there and a Comprhensive Medical Examination, including Physical Examination, at a much Higher Standard than of the Uniformed Services University - School of Medicine.

   3. Substantially provable evidence of Economic Frauds by the Pennsylvania Higher Education Assitance Foundation can be found by Columbia Univ. -- Barnard College, admitted a third generation of Chinese by the name Tran Thi Thu Thuy to their garbage business school and could not award an academic degree, as established by Federal Law. Another garbage phd program in Microbiology from the University of Hawaii and Texas also proves with substantial evidence that said garbage institutions could not award a genuine phd to their students by the name Silly and Dr Chanh Cong Tran, in Hawaii.

   4. The DD Form 214 correctly shows that Plaintiff was not discharged from Active Duty for the reason of Early Separation Program -, not due to, Strenght Reduction. The particular DD Form 214 that was microfilmed on 7 Feb 1990 is worthless (with respect to the fact that Camille Gaviola could not deny Plaintiff's promotion by Federal Law because she simply didn't have a degree) that Plaintiff had already sent a Memorandum to US Secretary of Defense -- not Mr. Caspar Weinberger, to advise the President on this Matter. The Uniformed Code of Military Justice signed into law by Executive Order of then President Ronald Reagan correctly stated that a Commission Officer of the United States can't be demoted or have reduction in both rank and salary without Court Martial. Those are also worthless words of the U.C.M.J. simply because any Full Colonel would have known that nobody has ever interested in stealing the enlistee's - potato farmers - moneys. Military regulations since 1980 also correctly stated that a law degree is not commissionable, even though the enlisted may be able to work and receive military retired pay, but only at the enlisted rank. That would have been correct if Kansas Legislatures temporarily allowed Evelyn Z. Wilson to serve as Shawnee County district Court judge to advise potato farmers that they can't sue the United States Government, that is wholly true for such American-blond as Roberto McVicar, who could not even be able to get a high school graduate. If the United States had to pay Andrea and Beth Barnett a monthly pay check in the amount of over two thousand United States dollars, that is inflation caused by the Clinton's administration. If Beth Barnett made too much left over pizza for Tashi Barnett that they all had to be on vacations, that is enlisted pay. If Chris Barnett had to buy Tacos and Tortilla shells, that is substantial devaluation of the United States dollar, even at the enlisted

rank. If Andrea and Beth Barnett should have received no more than $ 911.00 per month multiplied by two, though permanently, and there should be no reduction regardless of how long they live, because, at least, they worked and got two spendable pay checks. This latest paragraph only serves as advisory to the Court that Plaintiff does not have any thing to do with them.

5. Those latest portion of paragraph 4 clearly validates Title 10 of the United States Code that an original appointment as a commissioned officer may (not shall) be given to a person who -- (is not) a citizen of the United States, that includes Native Americans, who can't graduate from the Uniformed Services University - School of Medicine, and are obligated to serve as line officers for only 4 years in the regular Armed Forces. Uniformed Services University (School of Medicine) catalog also correctly stated that the dream of United States Congress to find and support a dental and law school had vanished, as now all french men -- Monsieurs et Mademoiselles such as Cindy and Damman family are sitting there waiting for Tootsie and Hershey's chocolate candies on Holloween !

6. When Plaintiff asked for retired pay checks, that is only when both of Plaintiff's certifiable degrees have been more than 15 years old, without any inflation added, and Plaintiff's entitled to receive pays, half of the (retired pays), by law, in the amount of $ 2,167.00 and $ 2,561.00 for each rank of O-1 and O-2, as established by Federal Laws governing the award of academic degrees, or Plaintiff is entitled to receive a minimum of $ 2,364.00 per month. These are figures for line officers, not Medical Officer as stated in the amount of $ 2,678.00 above of my own salaries due to separation(s) as prescribed by the Commissioning and Re-commissioning of Officers, in the Uniformed Services. That is about the same as the now retired LtCol. David D. Bissell, M.D., should have received indefinitely, if not, retroactively. If Jo Ann Van Meter stole Plaintiff's moneys to go dancing with some body else, Plaintiff does not have to pay $ 500.00 per month as Judge William Carpenter did to his exwife. That is why Plaintiff's own case has nothing to do with Amber's case. The United States Constitution mandate FEDERAL JUDGES to be appointed to the Bench for life to preserve the INTEGRITY of the LEGAL PROFESSION. Federal laws clearly prohibit Judges from using any signature, electronic or otherwise, to cause any damage to the United States moneys, not printable form of cash, but as a matter of academic degrees, the US Constitution also CLEARLY prohibited FALSE IMPRISONMENT.

7. Any appropriation for Cost of Living Allowance, C.O.L.A., are non-taxable. Those were inflations caused by the Clinton's administration. Federal Laws clearly prohibit the award of bogus academic degree.

8. To buy a Money Order in the amount of $ 150.00 made payable to George Washington University -- Bookstore, is not

the same as paying application fee for graduation that Plaintiff had already paid. The dream of George Washington for the law school to be able to award an LLB shall aslo vanish in the future. Likewise, Washburn University, a much less than competitive average ranking institution can rarely be able to award a JD, much less Washburn Law School could ever be able to award an LLB. Air Force regulations in the '80 not only stated that a law degree is not commissionable, but they also mandate JD to provide transcript, whereas, MD did not have to provide transcript. Federal laws mandate all transcript(s) be submitted for any academic degree. The Excess Leave Program was available only for Officer(s) to obtain additional academic degree. Federal Laws and Air Force regulations clearly provided for both MD and JD who had a license to practice in any State of the United States to be Commissionable. Texas law provides any one who received a graduate degree, Master Degree or above, of an accredited institution in the United States, not just any foreign degree, and had been in Congress for at least eight years, is automatically admitted to the Practice of Law in Texas, though not necessarily commissionable, such as legislative intern. Plaintiff fully qualify to obtain a Texas Law License, though Plaintiff is not a resident of Texas. Paragraph (c) of Title 10 and (3) of Title 37, subsection 502 (b), entitle Plaintiff to receive retired pay(s) in the amount of $ 2,364.00 per month, indefinitely, as Native Americans are not necessarily citizen of the United States. The Certificate of US Citizen qualifies Plaintiff for the Commissioning in the Uniformed Services. Only a Commissioned Officer could, as Air Force regulations should remain the same, attend Excess Leave Program or Bootstrap. Since Plaintiff does not have any relationship with the State of Texas, Plaintiff's law license is not in Texas, but before the United States Supreme Court. So that Mexicans, foreign nationals, and enlistees knew, even when George Washington Univ Medical Center finish printing Plaintiff's degree of Doctor of Medicine, said degree also would not be employable by The Federal Government, but only at a State University, and certainly not Kansas. As clear as Plaintiff can be, potato farmers are not going to be able to get a High School graduate.

    9  As Established by Federal regulations, all student loans, Undergraduate, Federal Stafford including (Health Professions Scholarship), Graduates, and law, shall be unrepaydable after 10 years, if no forbearance's granted, or 15 years maximum life time. They can't continue charging interests on student loans, by law of the United States, and only for United States Citizens, not Native Americans and foreign nationals. If the garbage Wharton Business School keeps teaching trashes and awarded bogus phd to Martin Zweig; and Univ. of Virginia also keeps teaching trashes and awarded bogus phd to John Houston, all of their student loans are repaydable, both principals and interests. Because Gary Fiskum taught, "day receipie to cook beef stew" that does not at any time, any rate, meet the Admission Standards established by AAMC for admission to US Medical School, including US Citizenship status,

Accreditation Standards of US Medical School, none of Mexico Medical School, and Faculty Salaries, all were Official Publications of AMA, any and all outstanding student loans unpaid by Mexicans and foreign students need to be repaid. The exchange rate for products imported from Mexico is 999 pesos to be close to one United States dollar, not one US dollar equals 160 pesos that are also spendable only in the Philippines.

WHEREFORE, Plaintiff respectfully request that Plaintiff be paid $ 2,678.00 per month, until Plaintiff has notified the Secretary of Veterans Affairs that Plaintiff chose to retire from civil service, 26 U.S.C. 6501, or deduction in that amount be calculated out of the $ 35,000.00 advanced pay. Any miscellaneous payments are non-taxable, though Federal Taxes are payable to SSA from Plaintiff's own medical practice. This prevents frauds from patients tried to sue the Federal Government for medical malpractice claiming "physician-patient priviledge" and garbage legal clerk defending frivolous legal action claiming "attorney-client priviledge". Plaintiff's pensions as retired pay(s) shall not be reduced to less than $ 2,364.00 per month, indefinitely, also not just as any branch of Military Service

Respectfully submitted

*[signature]*

William T Lytran, MD *
Plaintiff Pro Se
PO Box 972
Topeka, Kansas 66601

* The Degree is at Home as stated in SSA pamplet

CERTIFICATE OF MAILING

I William T Lytran hereby Certify that on this 16th day of October, 2005, the above Complaint was submitted for filing with the Clerk of United States District Court for the District of Kansas and Copy made by Certified Mail, Return Receipt Requested, to Department of the Treasury (Financial Management Service) United States of America, and Secretary of Veterans Affairs.

*[signature]*

William T Lytran